UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARA HILL,

        Plaintiff,

-vs-

        Case No. 6:10-CV-197-ORL-31DAB
        Hon. Gregory A. Presnell

DIVERSIFIED ADJUSTMENT SERVICE, INC.

        Defendant.

---

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, DARA HILL, and counsel for Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC, that the above-captioned cause of action be dismissed with prejudice and each party to bear their own fees and costs.

Dated: May 12, 2010

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, P.C.<br>BRIAN P. PARKER (0980668)<br>Attorney for Plaintiff<br>30700 Telegraph Rd., Suite 1580<br>Bingham Farms, MI 48025<br>(248) 642-6268<br>(248) 642-8875 (FAX)<br>lemonlaw@ameritech.net<br>WWW.COLLECTIONSTOPPER.COM<br><br>By:   s/Brian P. Parker<br>       Brian P. Parker (0980668) | SOUTH MILHAUSEN, P.A.<br>Ernest H. Kohlmyer, III, Esq. (0110108)<br>Attorney for Defendant<br>Gateway Center<br>1000 Legion Place, Suite 1200<br>Orlando, FL 32801<br>(407) 539-1638<br>(407) 539-2679 (FAX)<br>Skohlmyer@southmilhausen.com<br><br>By:   s/Ernest H. Kohlmyer<br>       Ernest H. Kohlmyer (0110108) |